## Fred W. Schwinn

| | |
|---|---|
| **From:** | Vijay Desai <vdesai@locob.com> |
| **Sent:** | Monday, September 09, 2013 3:08 PM |
| **To:** | Fred W. Schwinn |
| **Subject:** | RE: Jefferson Capital Systems, LLC v. Carlos Camacho - Santa Clara Case No. 1-13-CV-250336 |

Agreed

**From:** Fred W. Schwinn [mailto:Fred.Schwinn@sjconsumerlaw.com]
**Sent:** Monday, September 09, 2013 3:05 PM
**To:** Vijay Desai
**Subject:** Jefferson Capital Systems, LLC v. Carlos Camacho - Santa Clara Case No. 1-13-CV-250336

Vijay:

We have today been engaged to represent Carlos Camacho in the above referenced case. Our client is currently looking for any documents that he may have regarding this account. With this email we request a 30 day extension of time in which to file an Answer or other responsive pleading on behalf of our client. With the requested extension, our client's Answer would be due on or before October 11, 2013.

Please simply respond with an "Agreed" if our requested extension of time is granted.

Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA  95113-2418
Phone (408) 294-6100 x111
Fax (408) 294-6190
fred.schwinn@sjconsumerlaw.com

Notice: This message, and any attached file, is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. The information herein may also be protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail and delete all copies of the original message. Thank you.



EXHIBIT 1