UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS S. CAMACHO,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>    Defendant. | Case No. 14-cv-02728-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/07/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the Case schedule remains as previously set.

Previously set Schedule:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 05/21/2015 at 9:00 am |
| Final Pretrial Conference | 07/23/2015 at 2:30 pm |
| Trial | 08/03/2015 at 9:00 am |

1	IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2	are referred to the assigned Magistrate Judge.
3	IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4	orders, which are available on the Court's website and in the Clerk's Office.

6	Dated:  May 07, 2015

_____
BETH LABSON FREEMAN
United States District Judge