# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CARLOS S. CAMACHO,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>    Defendant. | Case No. 14-cv-02728-BLF<br><br>**ORDER TO PROVIDE STATUS UPDATE**<br><br>[Re: ECF 75] |

On January 12, 2016, the parties attended a settlement conference and reached a settlement. ECF 75. The parties anticipated dismissing this action by January 29, 2016. *Id*. Accordingly, the Court ORDERS the parties to update the Court as to the status of the case in a joint submission on or before February 12, 2016. If the case is dismissed on or before February 12, 2016, the parties are not required to provide the Court with a status update.

    **IT IS SO ORDERED.**

Dated: February 1, 2016

_____
BETH LABSON FREEMAN
United States District Judge