Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
CARLOS S. CAMACHO

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CARLOS S. CAMACHO,<br><br>               Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC, a Georgia limited liability company,<br><br>               Defendant. | Case No. 5:14-CV-02728-BLF-HRL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, CARLOS S. CAMACHO, and Defendant, JEFFERSON CAPITAL SYSTEMS, LLC, stipulate, and the Court hereby orders, as follows:

    1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, CARLOS S. CAMACHO, against Defendant, JEFFERSON CAPITAL SYSTEMS, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, with each party to bear their own fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:  February 4, 2016            /s/ Fred W. Schwinn
                                    Fred W. Schwinn, Esq.
                                    Attorney for Plaintiff
                                    CARLOS S. CAMACHO


Dated:  February 4, 2016            /s/ Laura E. Coombe
                                    Laura E. Coombe, Esq.
                                    Attorney for Defendant
                                    JEFFERSON CAPITAL SYSTEMS, LLC

- 2 -

1  PURSUANT TO STIPULATION,
   IT IS SO ORDERED
2

3  Dated: February 5, 2016                    /s/ Beth Labson Freeman
4                                             The Honorable Beth Labson Freeman
                                              Judge of the District Court
5